

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| FIRST CITIZENS BANK & TRUST COMPANY, INC., | : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | :    Civil Action File <br> : <br> :    No. 4:16-CV-00300- <br> :    WTM-GRS |
| BACTER WASTE SOLUTIONS, LLC, and TYRE M. STONE, | : <br> : <br> : |
| Defendants. | : <br> : |

## ORDER STAYING CASE AS TO DEFENDANT TYRE M. STONE

This Court having been advised that Defendant Tyre M. stone has filed a Chapter 7 petition in the United States Bankruptcy Court for the Southern District of Georgia, Savannah division. The bankruptcy operates to stay these proceedings against Defendant Tyre M. Stone pursuant to 11 U.S.C. § 362(a)(1). Accordingly, the Court **STAYS** this case as to Tyre M. Stone **only** pending resolution of Mr. Stone's bankruptcy proceedings.

1

DONE and ORDERED this 8th day of February, 2017.

/s/ J. R. Smith
HONORABLE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

4830-0880-6210 v1

3250218-039400 02/08/2017