IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FIRST CITIZENS BANK & TRUST )
COMPANY, INC., )
 )
Plaintiff, )
 )
v. ) CASE NO. CV416-301
 )
BACTER WASTE SOLUTIONS, LLC, )
and TYRE M. STONE, )
 )
Defendants. )

## O R D E R

Before the Court is Plaintiff's Notice of Filing Affidavit in Support of Damages. (Doc. 32.) On March 29, 2018, this Court granted Plaintiff's Motion for Default Judgment. (Doc. 31.) At that time, however, the Court was precluded from entering a specific damage award because the Court was "unable to determine the basis for some of the requested amounts." (Id. at 5.) The Court directed Plaintiff to file within twenty-one days documentation supporting the requested damages. (Id.) In response, Plaintiff filed the notice currently before the Court. (Doc. 32.)

Upon review, the Court was disappointed to discover that Plaintiff merely filed a slightly altered affidavit and the very same exhibits that were previously considered by this Court. Despite Plaintiff's failure to provide the Court with any clear

indication as to the basis of the requested awards, the Court finds that Plaintiff is entitled damages in the amount of $325,237.83 in principal, $32,849.61 in accrued interest, $4,830.90 in late charges, and $53,713.12 in contractual attorneys' fees. The Court finds that these figures are all supported by Plaintiff's attachments to this notice. (Doc. 32, Attach. 1.)

The Court notes, however, that Plaintiff is not entitled to all of the expenses previously requested. In Plaintiff's earlier request for damages, Plaintiff requested $10,012.36 in expenses. (Doc. 30, Attach. 1.) To this point, Plaintiff has provided absolutely no basis for this request despite this Court's previous direction. As a result, Plaintiff is not entitled to $10,012.36 in expenses. Because default judgment has already been entered in this case, this order effectively concludes this case. As a result, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of April 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA