# United States District Court
## Southern District of Georgia

First Citizens Bank & Trust Company, Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-300

Bacter Waste Solutions, LLC and Tyre M. Stone

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/26/18, and the Court's Order dated 3/29/18 granting Plaintiff's motion for default judgment, judgment is hereby entered in favor of Plaintiff in the amount of $325,237.83 in principal, $32,849.61 in accrued interest, $4,830.90 in late charges, and $53,713.12 in contractual attorneys' fees and against Bacter Waste Solutions, LLC.



| 4/26/18 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*